IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLIE C. MCMILLIAN                                                              PLAINTIFF

V.                                         CIVIL ACTION NO. 4:20-CV-00130-DAS

MISSISSIPPI DEPARTMENT OF CORRECTIONS,
PELICIA HALL, and AUDREY MCAFFE                       DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Defendants' motion for summary judgment [23] is **GRANTED**, and Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED**, this the 16th day of June, 2021.

                                                 /s/ David A. Sanders
                                                 **DAVID A. SANDERS**